IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NAVASHIA AKINS                                        PLAINTIFF

v.                  No. 4:25-cv-1182-DPM

LL GLENN PLAZA LOOP, LLC, d/b/a
Steve Landers Chrysler Dodge Jeep Ram;
SHUHAO KOU and MCKENZIE
GABRIELLA MARIA MARTINEZ,
Officers, in their individual and official
capacities; and CITY OF LITTLE ROCK          DEFENDANTS

## ORDER

**1.** Akins's application to proceed *in forma pauperis*, Doc. 1, is granted, but she must still pay the filing fee over time. *See Doc. 3* in *Akins v. Uber Technologies, Inc.*, No. 4:25-cv-1127-DPM. The Court assesses an initial partial filing fee of $10. Akins must pay $10 by 10 January 2026. And she must pay $10 by the 10th of each following month until the entire $405 filing fee is paid.

**2.** The Court must screen Akins's complaint. 28 U.S.C. § 1915(e)(2). As she did in a previous suit, Akins seeks damages by challenging the validity of her March 2022 arrest and subsequent prosecution. *Doc. 2 at 2.* She has sued the same four defendants again. This Court dismissed—with prejudice—her civil rights claims as time-barred and found no sufficient reason supporting equitable tolling

of the limitations period.  *Doc. 29* in *Akins v. LL Glenn Plaza Loop, LLC*, No. 4:25-cv-452-DPM (E.D. Ark. 30 October 2025).  Akins's attempt to relitigate those claims in a new case is barred by res judicata: the Court's prior Judgment decides the case.  *Elbert v. Carter*, 903 F.3d 779, 782 (8th Cir. 2018).  Akins has appealed this Court's Judgment, which she had the right to do.  In due course we will see what the Court of Appeals decides.  But Akins's new complaint will be dismissed as unnecessary and barred.

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2025