IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NAVASHIA AKINS                                      PLAINTIFF

v.                      No. 4:25-cv-1182-DPM

LL GLENN PLAZA LOOP, LLC, d/b/a
Steve Landers Chrysler Dodge Jeep Ram;
SHUHAO KOU and MCKENZIE
GABRIELLE MARIA MARTINEZ
Officers, in their individual and official
capacities; and CITY OF LITTLE ROCK            DEFENDANTS

JUDGMENT

Akins's complaint is dismissed.

                                    _____
                                    D.P. Marshall Jr.
                                    United States District Judge

                                    5 December 2025